NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1407, -1408

IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

---------------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellant,

v.

GENERAL MOTORS CORPORATION,

Defendant-Appellee.

Appeals from the United States District Court for the Central District of California in case nos. 2:07-ML-1816 and 07-CV-2339, Judge R. Gary Klausner.

---

2009-1450, -1451, -1452, -1466, -1467, -1468, -1469

IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

---------------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellant,

v.

AMERICAN AIRLINES, INC.,

Defendant-Cross Appellant,

and

FEDEX CORPORATE SERVICES, INC., FEDEX CORPORATION, FEDEX CUSTOMER INFORMATION SERVICES, INC.,

and FEDERAL EXPRESS CORPORATION,

Defendants-Cross Appellants,

and

DHL EXPRESS (USA), INC., DHL HOLDINGS (USA), INC.,
and SKY COURIER, INC.,

Defendants-Appellees,

and

U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,

Defendants-Appellees.

Appeals from the United States District Court for the Central District of California in case nos. 2:07-ML-1816, 07-CV-2339, 07-CV-2192, 07-CV-2196, and 07-CV-2360, Judge R. Gary Klausner.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

Ronald A. Katz Technology Licensing LP moves to disaggregate appeals 2009-1407, -1408 from appeals 2009-1450, -1451, -1452, -1466, -1467, -1468, and -1469. Katz states that the appellees do not oppose. American Airlines requests that the court correct the official caption to indicate that it is a cross appellant.

These appeals were stayed pursuant to 11 U.S.C. § 362 upon the filing of General Motors Corporation's bankruptcy petition. Katz argues that the appeals with respect to parties other than General Motors should proceed and requests that the court disaggregate the appeals to allow this course. The court agrees. See Seiko Epson Corp. v. Nu-Kote International, Inc., 190 F.3d 1360, 1364 (Fed. Cir. 1999) (allowing case to proceed with respect to codefendants not involved in bankruptcy proceedings).

Accordingly,

IT IS ORDERED THAT:

(1)    The motion to disaggregate is granted.

(2)    American Airlines' motion to reform the caption to list it as a cross appellant is granted.

(3)    The revised official captions are reflected above.

(4)    Appeals 2009-1407, -1408 remain stayed pursuant to 11 U.S.C. § 362.

(5)    Katz's brief in 2009-1450 et al. is due within 60 days of the date of filing of this order.

FOR THE COURT

OCT 0 1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Stephen C. Neal, Esq.
       Blas P. Arroyo, Esq.
       Christopher P. Ruhland, Esq.
       Matthew J. Moore, Esq.
       Brian Douglas Siff, Esq.
       Jonathan R. Spivey, Esq.
       Mike McKool, Jr., Esq.
       Kara F. Stoll, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 1 2009

JAN HORBALY
CLERK